## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLUE WILKINS,                               :    No. 24 MM 2019
                                            :
            Petitioner    :
                                            :
                                            :
            v.            :
                                            :
                                            :
                                            :
HONORABLE RICHARD A. LEWIS,                 :
PRESIDENT JUDGE, 12TH JUDICIAL              :
DISTRICT,                                   :
                                            :
            Respondent    :


## ORDER


**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process, to the extent it seeks leave to file original process, is GRANTED. The "King's Bench Matter" is DENIED. The Prothonotary is DIRECTED to strike the name of the judge from the caption.